```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14609
  TAISHA FOSTER
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
             Debtor
  SSN XXX-XX-5690
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/13/07 .

2. The case was dismissed without confirmation, 12/07/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILLOWS OF ELMHURST | SECURED | .00 | .00 | .00 |
| WILLOWS OF ELMHURST | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| BERKELEY DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT UNION ONE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL LEWIS UNIVERSIT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PLS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| QUEST DIAG INCORP | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY INC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                          .00            .00          .00              .00            .00
The Debtor's attorney, PAUL M BACH                            , was allowed $          .00
and was paid $         .00 .
```

The Trustee received $        .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/08                       /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE